IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGE STAPLEY | § | PLAINTIFF |
| | § | |
| v. | § | Civil Action No. 1:08CV340HSO-JMR |
| | § | |
| MISSISSIPPI ATTORNEY GENERAL, ET AL. | § | DEFENDANTS |

## FINAL JUDGMENT

This matter having come on to be heard on Motions to Dismiss filed by Haley Barbour on February 9, 2009; the Mississippi Attorney General on March 6, 2009; Trustmark National Bank on March 12, 2009; and the Mississippi Bar on March 20, 2009 and March 31, 2009, joined in by LaQuetta Golden on April 16, 2009; and the Court, after a review and consideration of Defendants' Motions, Plaintiff's Responses, the record, pleadings on file, and the relevant legal authorities, finds that in accord with its previous Memorandum Opinions and Orders entered herewith,

**IT IS ORDERED AND ADJUDGED** that, Plaintiff's case is hereby dismissed without prejudice pursuant to FED. R. CIV. P. 12(b)(5). All remaining pending motions are hereby rendered moot, with each party to bear their respective costs.

**SO ORDERED AND ADJUDGED**, this the 28th day of August, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE